UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

VoiceStream Minneapolis, Inc., f/k/a APT Minneapolis, Inc. a Delaware corporation

Plaintiff-Petitioner,

v.

City of Sunfish Lake, a Minnesota municipal corporation,

Defendant-Respondent.

Court File No. 01-483 ~~MJD/FLN~~ RHK/JMM

**SECOND STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO VERIFIED COMPLAINT AND PETITION FOR ALTERNATIVE WRIT OF MANDAMUS**

IT IS HEREBY STIPULATED AND AGREED to by and between the parties in this matter, through their respective counsel, that Defendant City of Sunfish Lake has an extension of time with which to Answer or otherwise plead to Plaintiff-Petitioner's Verified Complaint and Petition for Alternative Writ of Mandamus until April 17, 2001.

Dated: 4/12/01.

**LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.**

By [signature]

Gary A. Van Cleve Reg. No. 156310
James M. Susag, Reg. No. 261038
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, MN 55431-1194
(952) 835-3800

Attorneys for Plaintiff-Petitioner

APR 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

FILED APR 16 2001
FRANCIS E. DOSAL, CLERK
JUDGEMENT ENT'D
DEPUTY CLERK CK

Dated: April 11, 2001.

**GREENE ESPEL, P.L.L.P.**

By [signature]

Clifford M. Greene, Reg. No. 37436
William P. Hefner, Reg. No. 258349
333 South Seventh Street, Suite 1700
Minneapolis, MN 55402
(612) 373-0830

Attorneys for City of Sunfish Lake

4/18/01 So ordered!

[signature]
John M. Mason
U.S. Magistrate Judge