UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

VoiceStream Minneapolis, Inc., f/k/a APT Minneapolis, Inc., a Delaware corporation,

Plaintiff-Petitioner,

v.

City of Sunfish Lake, a Minnesota municipal corporation,

Defendant-Respondent.

File No. 01-483-MJD/FLN

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

The parties to this action, by and through their undersigned counsel, stipulate to the dismissal of this action with prejudice, each party bearing its own costs.

Dated: 10/3/01

Gary A. Van Cleve (156310)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Norwest Financial Center
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(612) 835-3800

Attorneys for Plaintiff

Dated: 10/4/01

Clifford M. Greene, (37436)
GREENE ESPEL, P.L.L.P.
333 South Seventh Street, Suuite 1700
7900 Xerxes Avenue South
Minneapolis, Minnesota 55402
(612) 373-0830

Attorneys for Defendant

OCT 10 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the above stipulation,

IT IS ORDERED:

That this matter is dismissed with prejudice and without an award of costs.

Michael J. [signature]
Judge of District Court

Oct. 10, 2001

708912.1

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500